1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )      2:10-cr-00040-GGH
                                   )
12            Plaintiff,           )      ORDER TO DISMISS
                                   )
13       v.                        )
                                   )
14  DONALD S. KILLSTROM,           )
                                   )
15            Defendant.           )
    _____)
16

17       Pursuant to Rule 48(a) of the Federal Rules of Criminal

18  Procedure, plaintiff United States of America, moves this Court

19  for an Order dismissing Case Number 2:10-cr-00040-GGH.

20  Accordingly, it is hereby ordered that the above-captioned matter

21  is dismissed with prejudice.

22       IT IS SO ORDERED.

23  Dated: July 25, 2012

24

25                      /s/ Gregory G. Hollows

26              UNITED STATES MAGISTRATE JUDGE

27

28